ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
CHRISTOPHER VIEIRA, CSBN 273781
Special Assistant United States Attorney
 6401 Security Boulevard
 Baltimore, Maryland 21235
 Telephone: (510) 970-4808
 E-Mail: christopher.vieira@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID BUTRON, <br><br>    Plaintiff, <br><br>  vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>    Defendant. | Case No.: 2:25-cv-01921-JDP <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that the above-entitled action shall be remanded to the Commissioner of

Social Security for further administrative proceedings.

Upon remand, the Administrative Law Judge will reevaluate the medical opinion

evidence; if warranted, further consider the residual functional capacity; and if warranted,

continue the sequential evaluation process, including obtaining vocational expert testimony. The

Administrative Law Judge will also offer Plaintiff the opportunity for a hearing; take any further

action needed to complete the administrative record; and issue a new decision. The parties

further request that the Court direct the Clerk of the Court to enter a final judgment in favor of

Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted,

Dated: September 9, 2025

/s/ _Francesco Benavides*_
(*as authorized via e-mail on Sept. 5, 2025)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: September 9, 2025

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:    /s/ _Christopher Vieira_
CHRISTOPHER VIEIRA
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of Court is directed to enter judgment in plaintiff's favor and against the Commission.

IT IS SO ORDERED.

Dated:   September 10, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE